**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Liberty Insurance Corporation<br>v.<br>Employee Leasing Services, Inc. | Case Number:<br><br>FILED: JUNE 3, 2008<br>08CV3196         TG<br>JUDGE KENNELLY<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Liberty Insurance Corporation

| |
|---|
| NAME (Type or print)<br>John C. Schmadeke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John C. Schmadeke |
| FIRM<br>Barnes, P.C. |
| STREET ADDRESS<br>431 South Dearborn Street, Suite 506 |
| CITY/STATE/ZIP<br>Chicago, IL 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6279698 | TELEPHONE NUMBER<br>(312) 939-5859 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐