AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Liberty Insurance Corporation

CASE NUMBER: 08CV3196

V.

ASSIGNED JUDGE: JUDGE KENNELLY

Employee Leasing Services, Inc.

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Employee Leasing Services, Inc.
c/o William J. Walton, Registered Agent
1034 Portway Drive
Cincinnati, OH 45255

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James T. Barnes, Esq.
Barnes, P.C.
431 South Dearborn Street
Suite 506
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

June 3, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  6/9/09 |
| NAME OF SERVER (PRINT)  Dale Dorning | TITLE  Private Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 1034 Portway Dr  Cinti, OH 45255

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/9/2009
           Date

*Signature of Server*: Dale Dorning

*Address of Server*:
PRECISION INVESTIGATIONS
& CONSULTING LLC
8216 PRINCETON-GLENDALE RD., #260
WEST CHESTER, OH 45069
PH. (513) 895-5400

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 6/9/08 by:

(1) personally delivering a copy of each to the individual at this place, 1034 Portway Dr Cinti, OH 45255 ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

Date: 6/19/2008

_Dale Do____
Server's signature

Dale Dorning, Private Inv
Printed name and title

**PRECISION INVESTIGATIONS & CONSULTING LLC**
8216 PRINCETON-GLENDALE RD., #260
WEST CHESTER, OH 45069
PH. (513) 895-5400

Server's address