# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3196 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Liberty Insurance vs. Employee Leasing | | |

**DOCKET ENTRY TEXT**

Status hearing held with attorneys for plaintiff. Defendant is held in default for failure to respond to the complaint following service of summons. Plaintiff is granted leave to conduct discovery. Status hearing continued to 10/8/08 at 9:30 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|